UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT L. BUTTERFIELD,<br><br>Plaintiff<br><br>v.<br><br>KIM ADAMSON, *et al.*,<br><br>Defendants | Case No. 3:19-cv-00039-MMD-WGC<br><br>ORDER |

Plaintiff filed an application to proceed *in forma pauperis* and submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) The Court has not yet screened the complaint.

After filing the complaint, Plaintiff filed a pleading titled "Plaintiff's election to dismiss/strike civil rights complaint 42 U.S.C. § 1983 Case No. 3:19-cv-00039." (ECF No. 3.) The Court construes this pleading as a motion for voluntary dismissal. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice. If Plaintiff did not intend to voluntarily dismiss this case, he may file a motion for reconsideration within 30 days from the date of entry of this order.

It is ordered that the motion for voluntary dismissal (ECF No. 3) is granted.

It is further ordered that Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that if Plaintiff did not intend to voluntarily dismiss this case, he may file a motion for reconsideration within 30 days from the date of entry of this order.

It is further ordered that the Clerk of the Court will enter judgment accordingly.

DATED THIS 9th day of December 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE